# IN THE SUPREME COURT OF THE STATE OF NEVADA

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, A
NATIONAL ASSOCIATION,
                Appellant,

vs.

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
                Respondent.

No. 71337



FILED

OCT 03 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL*

The parties have filed a stipulation to remand this matter to the district court pursuant to *Huneycutt v. Huneycutt,* 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall,* 126 Nev. 49, 228 P.3d 453 (2010). The motion is accompanied by a district court order certifying that, upon remand, it will vacate its prior order granting the motion for summary judgment and consider additional issues.

We treat the stipulation as a joint motion and, cause appearing, grant the motion. Accordingly, we remand this matter to the district court pursuant to its certification and order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the district court decline to grant the relief requested.[1] Any

---

[1]Any aggrieved party may file a notice of appeal from any appealable order entered by the district court. *See* NRAP 3A.

17-33540

motion to reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief.

It is so ORDERED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. James Crockett, District Judge
Janet Trost, Settlement Judge
Ballard Spahr LLP
Kim Gilbert Ebron
Eighth District Court Clerk